# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76937

FILED

OCT 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to recuse. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to recuse, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kathleen M. Drakulich, District Judge
Gregory James Bennett
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]Given this order, we take no action on the pro se documents filed on September 20, 2018, and October 2, 2018.

18-39115